**Motion Granted and Order filed February 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00708-CV
_____

### THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

### V.

### ZACHRY CONSTRUCTION CORPORATION, Appellee

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-72970**

---

## ORDER

The parties' joint motion to modify the briefing schedule is granted. Accordingly, we order the following:

a. Port's supplemental brief of appellant (15,000 words) to be filed April 13, 2015;

b. Zachry's supplemental brief of appellee (15,000 words) to be filed June 12, 2015; and

c. Port's supplemental reply brief (7,500 words) to be filed July 13, 2015.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and McCally.